IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARTG ENVIRONMENTAL GROUP, INC.**                                                    **PLAINTIFF**

v.                                  Case No. 4:21-cv-00333-KGB

**ROADRUNNER TRANSPORTATION
SERVICES, INC.
d/b/a ROADRUNNER FREIGHT**                                                            **DEFENDANT**

## ORDER

The Court referred this matter for settlement conference before United States Magistrate Judge Jerome T. Kearney on May 16, 2022, and the parties conducted such conference via videoconferencing on June 9, 2022 (Dkt. Nos. 12; 15). At the conclusion of the settlement conference, the parties reached an agreement, and the confidential terms of the agreement were read into the record (Dkt. No. 16). Accordingly, the Court removes this matter from the July 18, 2022, trial calendar (Dkt. No. 8). The Court will enter an Order of dismissal upon the parties' filing of a motion to dismiss or a stipulation of dismissal.

So ordered this 10th day of June, 2022.

_____
Kristine G. Baker
United States District Judge