IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARTG ENVIRONMENTAL GROUP, INC.**                                          **PLAINTIFF**

v.                              Case No. 4:21-cv-00333-KGB

**ROADRUNNER TRANSPORTATION**
**SERVICES, INC.**
**d/b/a ROADRUNNER FREIGHT**                                                **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 18). The motion accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation for dismissal with prejudice (*Id.*). This action is dismissed with prejudice, subject to the enforcement of the parties' settlement.

So ordered this 21st day of July, 2022.

_____
Kristine G. Baker
United States District Judge